IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA ALICIA ARGUETA LOPEZ, ET AL. | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | *   Case No.: 1:15-cv-1597-RDM |
| | * |
| COOSEMANS DC, INC. | * |
| | * |
| DEFENDANT/THIRD-PARTY PLAINTIFF | * |
| | * |
| v. | * |
| | * |
| ONSITE PERSONNEL, LLC, | * |
| | * |
| THIRD-PARTY DEFENDANT. | * |

**************************************************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, as reflected by the signatures of their respective counsel below, file this stipulation of dismissal with prejudice, each party to bear its own fees, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).  The Clerk will please mark this case as "Dismissed With Prejudice."

Respectfully submitted,

_____/s/_____
Gregg C. Greenberg, Bar No.: MD17291
Jason D. Friedman, Bar No.: MD
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax:    301-587-9397
Email: ggreenberg@zagfirm.com
         jfriedman@zagfirm.com

*Counsel for Plaintiffs*

\_\_/s/_____

Paul W. Mengel III, Bar No.: 457207
Nichole D. Atallah, Bar No.: 1009328
PilieroMazza PLLC
888 17th Street, NW, Suite 1100
Washington, DC   20006
Email:  pmengel@pilieromazza.com
Phone: (202) 857-1000
Fax:    (202) 857-0200

*Counsel for Defendant Coosemans DC, Inc.*

\_\_/s/_____

Lawrence J. Quinn, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, Maryland 21202
Email:  lquinn@tydingslaw.com
Phone: (410) 752-9700
Fax: (410) 727-5460

*Counsel for Third Party Defendant On Site
Personnel, LLC*